# UNITED STATES DISTRICT COURT
for the
Northern District of California

**SEALED BY ORDER OF COURT**

18O3150

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-09-01092-JW |
| | ) | |
| Hector Zapata-Perez | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    **Hector Zapata-Perez**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    X Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

## 18:3583 - Violation of Supervised Release

Date:    March 26, 2013

*Cita F. Escolano*
*Issuing officer's signature*

City and state:    San Jose, CA

Cita F. Escolano-CR CSA
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____    Arresting officer's signature |
| 2013 MAR 26 PM    U.S. MARSHAL RECEIVED |
| Printed name and title |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

**Petition for Arrest Warrant for Offender Under Supervision**

| | |
|---|---|
| **Name of Offender** | **Docket Number** |
| Hector Zapata-Perez | CR 09-01092-1 JW |

**Name of Sentencing Judge:** The Honorable James Ware
United States District Judge

**Date of Original Sentence:** January 11, 2010

Filed MAR 2 6 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**Original Offense**
8 U.S.C. § 1326 Illegal Re-Entry Following Deportation, a Class C felony

**Original Sentence:** 37 months custody and three years supervised release

**Special Conditions:** $100.00 special assessment; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; cooperate in the collection of DNA; shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. Upon reentry into the United States during the period of court ordered supervision, the defendant shall report to the nearest U.S. Probation Office within 72 hours.

This petition has been assigned as a duty matter to the Honorable Lucy H. Koh

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | July 17, 2012 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Steven Erik Seitz | Manuel Araujo (AFPD) |

**Petitioning the Court**

The issuance of a no bail warrant for the offender's arrest.

I, Jacinta Hernandez, a Probation Officer Assistant, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury,

RE: Zapata-Perez, Hector
CR 09-01092-1 JW

3

| | |
|---|---|
| Two | There is probable cause to believe that the offender violated special condition number one that defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. Upon reentry into the United States during the prior of court ordered supervision, the defendant shall report to the nearest U.S. Probation Office within 72 hours. |

> On or about March 11, 2013, the offender re-entered the United States without having the consent of the Department of Homeland Security and failed to report to the probation office.
>
> As described in Charge One, the offender illegally re-entered the United States on or about March 11, 2013, and was encountered in Calexico, CA. There is no record the offender requested/received permission to reenter the United States from the United States Secretary of the Department of Homeland Security.
>
> On or about March 12, 2013, a preliminary hearing was held in the Southern District of California and Mr. Hector Zapata-Perez was detained.
>
> Evidence of this violation may be found in the court records, Southern District of California Docket Number 2:13MJ8184.

Based on the foregoing, there is probable cause to believe that Hector Zapata-Perez violated the conditions of his probation. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                    Approved as to form:

_____                    _____
Jacinta Hernandez                          Susan Portillo
U.S. Probation Officer Assistant           Supervisory U.S. Probation Officer
Date Signed: March 25, 2013

NDC-SUPV-FORM 12C(2) 02/26/10